[No. 30105-9-II.   Division Two.   July 2, 2003.]

*In the Matter of the Detention of* LARRY DEWEESE.
LARRY DEWEESE, *Petitioner*, v. THE STATE OF WASHINGTON,
*Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-04559-0, Roger A. Bennett, J., entered March 17, 2003. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.

[No. 20504-5-III.   Division Three.   July 3, 2003.]

A&W FARMS, ET AL., *Respondents*, v. SUNSHINE LEND AND LEASE, INC., *Defendant*, RAYMOND E. COOK, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-04021-5, Paul A. Bastine, J., entered August 23, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20634-3-III.   Division Three.   July 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY PLUMLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02801-7, Linda G. Tompkins, J., entered October 22, 2001. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 20635-1-III.   Division Three.   July 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY PLUMLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02750-9, Linda G. Tompkins, J., entered August 20, 2001. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J, and Schultheis, J.